UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| Salvatore Virgi | : | Case No.: 23-13854 |
| a/k/a Torre Del Greco Pizza, LLC | : | |
| a/k/a O Sole Mio Restaurant | : | |
| a/k/a Pasta Prima, | : | |
| | : | |
| Debtor. | : | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

TO:  **CLERK, UNITED STATES BANKRUPTCY COURT**

PLEASE NOTE that, pursuant to Bankruptcy Rule 901(b), Ladov Law Firm, P.C., appears for Philip E. Harvey a/k/a Philip Harvey, a creditor and/or a party in interest within the intent of the United States Bankruptcy Code, and requests, pursuant to Bankruptcy Rule 2002(g), that all notices, given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the persons and addresses set forth below be added to the official address matrix maintained in this proceeding by the Clerk of the Court:

> Joshua B. Ladov, Esquire
> Ladov Law Firm, P.C.
> Jefferson Center, Suite 2820
> 1101 Market Street
> Philadelphia, PA 19107-2993
> Telephone:  267-687-8855
> Fax: 267-627-5868
> E-mail:  jladov@ladovlaw.com

It is further requested that in furtherance of its right to be heard, as provided in Section 1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007 and 9022, the above-designated persons be served, as stated above, with copies

of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interest of Philip E. Harvey a/k/a Philip Harvey.

                                                      Respectfully submitted,

                                                      /s/ Joshua B. Ladov
                                                  JOSHUA B. LADOV, ESQUIRE
                                                  LADOV LAW FIRM, P.C.
                                                  JEFFERSON CENTER, SUITE 2820
                                                  1101 MARKET STREET
                                                  PHILADELPHIA, PA  19107-2993
                                                  267-687-8855
                                                  jladov@ladovlaw.com

Date: December 21, 2023