**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : CHAPTER 7

Salvatore Virgi

    DEBTOR                          :  BKY. NO. 23-13854-amc

**APPLICATION FOR AN EXTENSION OF TIME**
**TO FILE MATRIX AND LIST OF CREDITORS**

1. Debtor filed for protection under `Chapter 7` on **December 21, 2023.**

2. An order was entered giving Debtor time to file matrix.

3. Debtor may seek application to extend time for cause.

4. Debtor needs an extension until **1/04/2024** to attend to the matrix and list of creditors and to compile the information necessary.

5. The Petition was served upon all creditors and any other interested parties.

Wherefore, Debtor prays for an Order extending time to file `Chapter 7` matrix and list of creditors until **1/04/2024.**

    Respectfully Submitted,

Date: December 28, 2023               /s/Michael A. Cibik
    Michael A. Cibik, Esquire
    Cibik Law, P.C.
    1500 Walnut Street, Ste 900
    Philadelphia, PA 19102