**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:					:		CHAPTER  7

**Salvatore Virgi**

    DEBTOR			:		BKY. NO.  23-13854-amc

## O R D E R

    AND NOW, this           day of                    , 2024    upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 matrix and list of creditors.

    It is Ordered that the Motion is Granted. Debtor has until **1/04/2024** to file the necessary matrix and list of creditors in the above captioned matter.

    By the Court:

    _____
    Hon. Ashely M. Chan
    U.S. Bankruptcy Court Judge