### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :         CHAPTER  7

**Salvatore Virgi**

       DEBTOR                              :         BKY. NO.  23-13854-amc

## O R D E R

AND NOW, this **29th** day of **December**, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 matrix and list of creditors.

It is Ordered that the Motion is Granted. Debtor has until **1/04/2024** to file the necessary matrix and list of creditors in the above captioned matter.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge