United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Salvatore Virgi  
    Debtor

Case No. 23-13854-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 1  
Date Rcvd: Dec 29, 2023     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Salvatore Virgi, 2850 Willits Rd, Philadelphia, PA 19136-1027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA B. LADOV | on behalf of Creditor Philip E Harvey jladov@ladovlaw.com admin@ladovlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Salvatore Virgi mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| TERRY P. DERSHAW | 7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :        CHAPTER  7

Salvatore Virgi

    DEBTOR                              :        BKY. NO.  23-13854-amc

## O R D E R

AND NOW, this **29th** day of **December**, 2023 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 matrix and list of creditors.

It is Ordered that the Motion is Granted. Debtor has until **1/04/2024** to file the necessary matrix and list of creditors in the above captioned matter.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge