# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                           :        CHAPTER 7
**Salvatore Virgi**
      DEBTOR                          :        BKY. NO. 23-13854-amc

<u>O R D E R</u>

AND NOW, this **5th** day of **January**, 2024 upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **1/18/2024** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.

By the Court:

_____
Hon. Ashely M. Chan
U.S. Bankruptcy Court Judge