United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13854-amc |
| Salvatore Virgi | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 05, 2024 | Form ID: 309A | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Salvatore Virgi, 2850 Willits Rd, Philadelphia, PA 19136-1027 |
| 14844022 | | Alicia Formoso, 2850 Willits Rd, Philadelphia, PA 19136-1027 |
| 14844023 | | Anacapri Foods, 55 Winans Ave, Cranford, NJ 07016-3144 |
| 14844024 | + | Armstrong Supply Company, 22 Schiavone Drive, Ambler, PA 19002-5007 |
| 14844031 | | CST Co., 2007 Lake Point Way, Louisville, KY 40223-4221 |
| 14844027 | | Centrum, LLC, 685 Elmwood Ave, Sharon Hill, PA 19079-1017 |
| 14844032 | | DAL, Inc., Performance Food Group, Po Box 162, Clifton Hts, PA 19018-0162 |
| 14844034 | | E. Frank Hopkins Co., Inc., 3120 S 3rd St, Philadelphia, PA 19148-5600 |
| 14844035 | + | First Choice Food Distributors, 6700 Essington Ave, Philadelphia, PA 19153-3424 |
| 14844037 | | Giordano Garden Groceries, 1612 S Front St, Philadelphia, PA 19148-1412 |
| 14844038 | | Harvey Rentals, 525 S 4th St Ste 240, Philadelphia, PA 19147-1573 |
| 14844039 | | Imports Direct Inc., 74 Tracey Rd Ste B, Huntingdon Vy, PA 19006-4267 |
| 14844040 | + | Incollingo Food Service, 900 Jersey Ave, Gloucester City, NJ 08030-2401 |
| 14844042 | | Larry Freidman, c/o Roger Perry Esq., 734 S 4th St, Philadelphia, PA 19147-3130 |
| 14844043 | | Law Offices of Sprechman & Fisher, P.A., 2775 Sunny Isle Blvd Ste 100, N Miami Beach, FL 33160-4078 |
| 14844044 | + | Merchant Capital Group, LLC, 2200 Biscayne Blvd Ste 200, Miami, FL 33137-5284 |
| 14844045 | | North Star Leasing Company, A Division of People's Bank, 747 Pine St Ste 201, Burlington, VT 05401-5196 |
| 14844049 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14844050 | | Performance Foodservice, 301 Heron Dr, Swedesboro, NJ 08085-1773 |
| 14844052 | | Philadelphia Abstract Co., Inc., 4124 Blanche Rd, Bensalem, PA 19020-4430 |
| 14844053 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14840849 | + | Philip E. Harvey, a/k/a Philip Harvey, c/o Ladov Law Firm, P.C., 1101 Market Street, Suite 2820, Philadelphia, PA 19107-2936 |
| 14844055 | + | Roger Perry, 734 S 4th St, Philadelphia, PA 19147-3195 |
| 14844056 | | Samuels & Son Seafood Co., 3400 S Lawrence St, Philadelphia, PA 19148-5623 |
| 14844057 | | Sarcone's Bakery, 758 S 9th St, Philadelphia, PA 19147-2837 |
| 14844061 | | Sysco, Po Box 6499, Philadelphia, PA 19145-0199 |
| 14844062 | | Termac Corporation, 7330 Tulip St, Philadelphia, PA 19136-4216 |
| 14844063 | | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14844067 | | VOX Funding, 100 Park Ave Fl 26, New York, NY 10017-5539 |
| 14844066 | | Vineland Syrup, Po Box 1326, Vineland, NJ 08362-1326 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: mail@cibiklaw.com | Jan 06 2024 02:48:00 | MICHAEL A. CIBIK, Cibik Law, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102 |
| tr | EDI: BTPDERSHAW.COM | Jan 06 2024 06:49:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch |

| Recip ID | | Notice Type | Date/Time | Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Jan 06 2024 02:49:00 | Street 15th Floor, Philadelphia, PA 19102-1595 United States Trustee, Office of United States Trustee, Robert N.C. Nix Federal Building, 900 Market Street, Suite 320, Philadelphia, PA 19107-4202 |
| 14844021 | + | Email/Text: bankruptcy@rentacenter.com | Jan 06 2024 02:49:00 | AcceptanceNOW, Attn: Bankruptcy 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 14844029 | | Email/Text: megan.harper@phila.gov | Jan 06 2024 02:49:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14844025 | + | EDI: CAPITALONE.COM | Jan 06 2024 06:49:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14844026 | | EDI: AISACG.COM | Jan 06 2024 06:49:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844030 | | Email/Text: bankruptcy@philapark.org | Jan 06 2024 02:49:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14844033 | | EDI: DISCOVERSL.COM | Jan 06 2024 06:49:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 14844036 | + | EDI: PHINGENESIS | Jan 06 2024 06:49:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14844041 | | EDI: IRS.COM | Jan 06 2024 06:49:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14844028 | | EDI: JPMORGANCHASE | Jan 06 2024 06:49:00 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14844046 | + | Email/Text: bankruptcygroup@peco-energy.com | Jan 06 2024 02:48:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14844047 | | Email/Text: fesbank@attorneygeneral.gov | Jan 06 2024 02:48:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14844051 | ^ | MEBN | Jan 06 2024 01:47:27 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14844048 | | EDI: PENNDEPTREV | Jan 06 2024 06:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14844048 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2024 02:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14843763 | | EDI: PENNDEPTREV | Jan 06 2024 06:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14843763 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2024 02:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14844054 | + | Email/Text: bankruptcy@philapark.org | Jan 06 2024 02:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14844059 | | EDI: SYNC | Jan 06 2024 06:49:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14844060 | + | EDI: SYNC | Jan 06 2024 06:49:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14844064 | ^ | MEBN | Jan 06 2024 01:47:21 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14844065 | + | EDI: VERIZONCOMB.COM | | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2024 | Form ID: 309A | Total Noticed: 54 |

| | | | |
|---|---|---|---|
| | | Jan 06 2024 06:49:00 | Verizon Communications Inc., Attn: Bankruptcy, 1095 Avenue of the Americas, New York, NY 10036-6704 |
| 14844068 | ^ MEBN | Jan 06 2024 01:47:15 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14844058 | ## | Springfield Pasta Company, 186 Saxer Ave, Springfield, PA 19064-2335 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024                         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA B. LADOV | on behalf of Creditor Philip E Harvey jladov@ladovlaw.com admin@ladovlaw.com |
| MICHAEL A. CIBIK | on behalf of Debtor Salvatore Virgi mail@cibiklaw.com cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@kramerica.enterprises;ecf@michaelscottpaper.co;ecf@nalabean.gg |
| TERRY P. DERSHAW | 7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1: | Salvatore Virgi<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–8953<br>EIN: __–_____ |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: ____<br>EIN: __–_____ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed for chapter: 7   12/21/23 |
| Case number: | 23–13854–amc | |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20
**\*\*Debtor's Photo ID & Social Security Card must be presented to the Trustee prior to the 341 meeting.\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Salvatore Virgi | |
| 2. | **All other names used in the last 8 years** | aka Torre Del Greco Pizza, LLC, aka Torre Del Greco, LLC, aka Pasta Prima, aka O Sole Mio Restaurant | |
| 3. | **Address** | 2850 Willits Rd<br>Philadelphia, PA 19136–1027 | |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK<br>Cibik Law, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email: mail@cibiklaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | TERRY P. DERSHAW<br>Dershaw Law Offices<br>P.O. Box 556<br>Warminster, PA 18974–0632 | Contact phone (484) 897–0341<br><br>Email: 7trustee@gmail.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 9:00 A.M. to 4:00 P.M; Reading Office –– 9:00 A.M. to 4:00 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 1/5/24 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 28, 2024 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **The meeting is by Zoom. Go to Zoom.us, Click on JOIN or call 1 (484) 309–8504, Enter Meeting ID 693 030 3280, and Passcode 5000070595**<br><br>For additional meeting info. go to https://www.justice.gov/ust/moc |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/29/24** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov . If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**