Certificate Number: 16339-PAE-DE-038100081

Bankruptcy Case Number: 23-13854



16339-PAE-DE-038100081

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 15, 2024, at 7:36 o'clock PM EST, Salvatore Virgi completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 15, 2024            By:    /s/Kelley Tipton

                                    Name:  Kelley Tipton

                                    Title: Certified Financial Counselor