**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| Salvatore Virgi | | |
| DEBTOR | : | BKY. NO. 23-13854-amc |

APPLICATION FOR AN EXTENSION OF TIME
TO FILE SCHEDULES AND STATEMENT
OF FINANCIAL AFFAIRS

1. Debtor filed for protection under **Chapter 7** on **December 21, 2023.**

2. An order was entered giving Debtor time to file schedules.

3. Debtor may seek application to extend time for cause.

4. Debtor needs an extension until **2/01/2024** to attend to the schedules and to compile the information necessary.

5. The Petition was served upon all creditors and any other interested parties.

Wherefore, Debtor prays for an Order extending time to file Chapter 7 Schedules and Statement of Financial Affairs until **2/01/2024.**

Respectfully Submitted,

Date: January 18, 2024

/s/ Michael A. Cibik
Michael A. Cibik, Esquire
Cibik Law, PC
1500 Walnut Street, Ste 900
Philadelphia, PA  19102