## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    :        CHAPTER  7
Salvatore Virgi
     DEBTOR                         :        BKY. NO. 23-13854-amc

<u>O R D E R</u>

AND NOW, this   **19th**   day of   **January**   ,   2024   upon consideration of Debtor's Application for an Extension of Time to file Chapter 7 Schedules.

It is Ordered that the Motion is Granted. Debtor has until **2/01/2024** to file the necessary Schedules and Statement of Financial Affairs in the above captioned matter.   NO further extensions will be granted.

By the Court:

Hon.  Ashely M. Chan
U.S. Bankruptcy Court Judge