**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA DIVISION District of PENNSYLVANIA - Philadelphia**

**RE: SALVATORE  VIRGI**                                                    :

                                                                           :  Bankruptcy Number: 23-13854-AMC
                                                                           :
                                                                           :
**Debtor**                                                                 :  Chapter:   7
                                                                           :
                                                                           :
                                                                           :
                                                                           :
                                                                           :
                                                                           :

**REQUEST FOR NOTICES**

**TO THE CLERK OF THE U. S. BANKRUPTCY COURT**

   Please take notice, the creditor, Office of Unemployment Compensation Tax Services (UCTS), Department of Labor and Industry, Commonwealth of Pennsylvania, through its duly authorized agent, Kevin Grem, hereby requests that a copy of all notices and papers in this action be served at the agent's office at the below captioned address.

   Dated: 02/01/2024

                                                      By: _____/S/   Kevin Grem_____
                                                              Kevin Grem
                                                              Commonwealth of Pennsylvania
                                                              Department of Labor and Industry
                                                              Collections Support Unit
                                                              PO Box 68568
                                                              Harrisburg, PA 17106-8568
                                                              Telephone: (717) 787-7627
                                                              Fax: (717) 787-7671
                                                              Email: ra-li-beto-bankreading@state.pa.us

UC-666 03-23 (Page 1)