# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) <br> ) <br> SALVATORE VIRGI ) <br> aka PASTA PRIMA, ) <br> Debtor ) <br> ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) <br> CAPITAL ONE AUTO FINANCE, ) <br> A DIVISION OF CAPITAL ONE, N.A., ) <br> Movant ) <br> vs. ) <br> ) <br> SALVATORE VIRGI ) <br> aka PASTA PRIMA, ) <br> Respondent(s) ) <br> and ) <br> ) <br> TERRY P. DERSHAW ) <br> Trustee ) | CHAPTER 7 <br><br> CASE NO.: 23-13854-AMC <br><br><br><br> **HEARING DATE:** <br> Wednesday, April 03, 2024 <br> 12:30 P.M. <br><br><br><br> **LOCATION:** <br> 900 Market Street, Suite 400 <br> Courtroom No. 4 <br> Philadelphia, PA 19107 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

AND NOW, comes the above-captioned Movant, Capital One Auto Finance, a division of Capital One, N.A., by and through their attorney, Regina Cohen, who files this Motion based upon the following:

1. The Movant is a corporation having a principal place of business located at 7933 Preston Road, Plano, TX 75024.

2. The Respondent, Salvatore Virgi is an individual with a mailing address at 2850 Willits Rd, Philadelphia, PA 19136, who has filed a Petition on December 21, 2023 under Chapter 7 of the Bankruptcy Code.

3. On or about September 13, 2021, Debtor Salvatore Virgi entered into a Retail Installment Sales Contract, involving a loan in the amount of $19,013.00 for the purchase of a 2015 Honda Accord Sedan 4D EX-L 2.4L I4 Auto.

4. The vehicle secured by the Contract has V.I.N. 1HGCR2F83FA089966.

5. Movant is the assignee of the Contract.

6. The above – described vehicle is encumbered by a lien with a payoff in the amount of $15,664.42 plus other appropriate charges as of February 25, 2024 but subject to change. The regular monthly payment is $438.19 at an interest rate of 18.43%.

7. Applying payments received to the earliest payment due, payments have been missed since November 13, 2023 in the amount of $1,752.76, plus all applicable late charges, interest, attorneys' fees and costs.

8. The Property has a N.A.D.A. Value of $13,875.00.

9. The vehicle is not necessary to an effective reorganization.

10. The Movant is the only lienholder of record with regard to the vehicle.

11. Failure to make adequate protection payments is cause for relief from the automatic stay.

12. The Movant has incurred attorney's fees in the filing of this Motion.

13. The vehicle is a rapidly depreciating asset. Movant requests the waiver of Rule 4001(a)(3).

WHEREFORE, Movant prays for your Honorable Court to enter an Order permitting the Movant to proceed with the repossession proceedings of the aforementioned vehicle.

Respectfully submitted,
Lavin, Cedrone, Graver, Boyd & DiSipio

/s/ Regina Cohen
Regina Cohen
Attorney for Movant
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106
(215) 351-7551