**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 23-13854-AMC |
| SALVATORE VIRGI | : | |
| aka PASTA PRIMA | : | |
| | : | |
| Debtor | : | |
| | : | |
| | : | CHAPTER 7 |

**CERTIFICATION OF NO RESPONSE**

I, REGINA COHEN, attorney for Movant, hereby certify that no answer or objection or other responsive pleading has been received in regard to the Motion of Capital One Auto Finance, a division of Capital One, N.A. for Relief from Automatic Stay. The response date in the above-captioned matter was on or before **March 15, 2024**, which is more than fifteen (15) days from the date of service.

LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO

/s/ Regina Cohen
Regina Cohen
Attorney for Movant
Suite 500
190 North Independence Mall West 6th &
Race Streets
Philadelphia, PA 19106
(215) 351-7551

DATED: 4/2/2024