# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | CHAPTER 7 |
| ) | |
| SALVATORE VIRGI ) | CASE NO.: 23-13854-AMC |
| aka PASTA PRIMA, ) | |
| Debtor ) | |
| ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~ ) | |
| CAPITAL ONE AUTO FINANCE, A DIVISION ) | |
| OF CAPITAL ONE, N.A., ) | **HEARING DATE:** |
| Movant ) | Wednesday, April 03, 2024 |
| vs. ) | 12:30 P.M. |
| ) | |
| SALVATORE VIRGI ) | |
| aka PASTA PRIMA, ) | |
| Respondent(s) ) | |
| and ) | **LOCATION:** |
| ) | 900 Market Street, Suite 400 |
| TERRY P. DERSHAW ) | Courtroom No. 4 |
| Trustee ) | Philadelphia, PA 19107 |

## ORDER

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2015 Honda Accord Sedan 4D EX-L 2.4L I4 Auto, V.I.N. 1HGCR2F83FA089966) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date:  April 4, 2024

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Salvatore Virgi
2850 Willits Rd
Philadelphia, PA 19136

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street , Suite 900
Philadelphia, PA 19102

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building ,
900 Market Street Suite 320
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106