United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-13854-amc |
| Salvatore Virgi | Chapter 7 |
|     Debtor | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 04, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Salvatore Virgi, 2850 Willits Rd, Philadelphia, PA 19136-1027 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: acg.acg.ebn@aisinfo.com | Apr 05 2024 00:16:58 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2024 at the address(es) listed below:

**Name**    **Email Address**

CSU - OUCTS, PA Department of Labor and Industry
    ra-li-beto-bankreading@state.pa.us

JOSHUA B. LADOV
    on behalf of Creditor Philip E Harvey jladov@ladovlaw.com admin@ladovlaw.com

MICHAEL A. CIBIK
    on behalf of Debtor Salvatore Virgi help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 04, 2024 | Form ID: pdf900 | Total Noticed: 2 |

REGINA COHEN
    on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com

TERRY P. DERSHAW
    7trustee@gmail.com  PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| SALVATORE VIRGI | ) | CASE NO.: 23-13854-AMC |
| aka PASTA PRIMA, | ) | |
| Debtor | ) | |
| | ) | |
| CAPITAL ONE AUTO FINANCE, A DIVISION OF CAPITAL ONE, N.A., | ) | |
| | ) | **HEARING DATE:** |
| Movant | ) | Wednesday, April 03, 2024 |
| vs. | ) | 12:30 P.M. |
| | ) | |
| SALVATORE VIRGI | ) | |
| aka PASTA PRIMA, | ) | |
| Respondent(s) | ) | |
| and | ) | **LOCATION:** |
| | ) | 900 Market Street, Suite 400 |
| TERRY P. DERSHAW | ) | Courtroom No. 4 |
| Trustee | ) | Philadelphia, PA 19107 |

**ORDER**

Upon consideration of the Motion for Relief from Automatic Stay submitted and attached hereto, it is hereby Ordered, Adjudged and Decreed that the Motion is granted.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle repossession (2015 Honda Accord Sedan 4D EX-L 2.4L I4 Auto, V.I.N. 1HGCR2F83FA089966) and is hereby permitted to levy and sell the vehicle at issue and to pursue its remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Date: April 4, 2024

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

Please send copies to:

Salvatore Virgi
2850 Willits Rd
Philadelphia, PA 19136

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street , Suite 900
Philadelphia, PA 19102

TERRY P. DERSHAW
P.O. Box 556
Warminster, PA 18974

U.S. Trustee
United States Trustee
Office of the U.S. Trustee
Robert N.C. Nix Federal Building ,
900 Market Street Suite 320
Philadelphia, PA 19107

Regina Cohen
Lavin, Cedrone, Graver, Boyd & DiSipio
Suite 500 190 North Independence Mall West 6th & Race Streets
Philadelphia, PA 19106