United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Salvatore Virgi  
    Debtor

Case No. 23-13854-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 03, 2024      Form ID: 318      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Salvatore Virgi, 2850 Willits Rd, Philadelphia, PA 19136-1027 |
| 14844022 | | Alicia Formoso, 2850 Willits Rd, Philadelphia, PA 19136-1027 |
| 14844023 | | Anacapri Foods, 55 Winans Ave, Cranford, NJ 07016-3144 |
| 14844024 | + | Armstrong Supply Company, 22 Schiavone Drive, Ambler, PA 19002-5007 |
| 14844031 | | CST Co., 2007 Lake Point Way, Louisville, KY 40223-4221 |
| 14844027 | | Centrum, LLC, 685 Elmwood Ave, Sharon Hill, PA 19079-1017 |
| 14852649 | | Commonwealth of Pennsylvania - UCTS, Department of Labor & Industry, PO Box 68568, Harrisburg, PA 17106-8568 |
| 14844032 | | DAL, Inc., Performance Food Group, Po Box 162, Clifton Hts, PA 19018-0162 |
| 14844034 | | E. Frank Hopkins Co., Inc., 3120 S 3rd St, Philadelphia, PA 19148-5600 |
| 14844035 | + | First Choice Food Distributors, 6700 Essington Ave, Philadelphia, PA 19153-3424 |
| 14844037 | | Giordano Garden Groceries, 1612 S Front St, Philadelphia, PA 19148-1412 |
| 14844038 | | Harvey Rentals, 525 S 4th St Ste 240, Philadelphia, PA 19147-1573 |
| 14844039 | | Imports Direct Inc., 74 Tracey Rd Ste B, Huntingdon Vy, PA 19006-4267 |
| 14844040 | + | Incollingo Food Service, 900 Jersey Ave, Gloucester City, NJ 08030-2401 |
| 14844042 | | Larry Freidman, c/o Roger Perry Esq., 734 S 4th St, Philadelphia, PA 19147-3130 |
| 14844043 | | Law Offices of Sprechman & Fisher, P.A., 2775 Sunny Isle Blvd Ste 100, N Miami Beach, FL 33160-4078 |
| 14844044 | + | Merchant Capital Group, LLC, 2200 Biscayne Blvd Ste 200, Miami, FL 33137-5284 |
| 14844045 | | North Star Leasing Company, A Division of People's Bank, 747 Pine St Ste 201, Burlington, VT 05401-5196 |
| 14844049 | | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14844050 | | Performance Foodservice, 301 Heron Dr, Swedesboro, NJ 08085-1773 |
| 14844052 | | Philadelphia Abstract Co., Inc., 4124 Blanche Rd, Bensalem, PA 19020-4430 |
| 14844053 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14840849 | + | Philip E. Harvey, a/k/a Philip Harvey, c/o Ladov Law Firm, P.C., 1101 Market Street, Suite 2820, Philadelphia, PA 19107-2936 |
| 14844055 | + | Roger Perry, 734 S 4th St, Philadelphia, PA 19147-3195 |
| 14844056 | | Samuels & Son Seafood Co., 3400 S Lawrence St, Philadelphia, PA 19148-5623 |
| 14844057 | | Sarcone's Bakery, 758 S 9th St, Philadelphia, PA 19147-2837 |
| 14844061 | | Sysco, Po Box 6499, Philadelphia, PA 19145-0199 |
| 14844062 | | Termac Corporation, 7330 Tulip St, Philadelphia, PA 19136-4216 |
| 14844067 | | VOX Funding, 100 Park Ave Fl 26, New York, NY 10017-5539 |
| 14844066 | | Vineland Syrup, Po Box 1326, Vineland, NJ 08362-1326 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | May 04 2024 03:58:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14844021 | + | Email/Text: bankruptcy@rentacenter.com | May 03 2024 23:56:00 | AcceptanceNOW, Attn: Bankruptcy 5501 |

Case 23-13854-amc    Doc 34    Filed 05/05/24    Entered 05/06/24 00:30:22    Desc Imaged
                                Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: May 03, 2024 | Form ID: 318 | Total Noticed: 54 |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | Headquarters Drive, Plano, TX 75024-5837 |
| 14870621 | | Email/PDF: bncnotices@becket-lee.com | May 04 2024 00:09:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14844029 | | Email/Text: megan.harper@phila.gov | May 03 2024 23:56:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14844025 | + | EDI: CAPITALONE.COM | May 04 2024 03:52:00 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14844026 | | EDI: AISACG.COM | May 04 2024 03:52:00 | Capital One Auto Finance, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14844030 | | Email/Text: bankruptcy@philapark.org | May 03 2024 23:56:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14844033 | | EDI: DISCOVERSL.COM | May 04 2024 03:58:00 | Discover Student Loans, Attn: Bankruptcy, PO Box 30948, Salt Lake City, UT 84130-0948 |
| 14844036 | + | EDI: PHINGENESIS | May 04 2024 03:58:00 | Genesis FS Card Services, Attn: Bankruptcy, PO Box 4477, Beaverton, OR 97076-4401 |
| 14844041 | | EDI: IRS.COM | May 04 2024 03:52:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14844028 | | EDI: JPMORGANCHASE | May 04 2024 03:52:00 | Chase Auto Finance, Attn: Bankruptcy, PO Box 901076, Fort Worth, TX 76101-2076 |
| 14844046 | + | Email/Text: bankruptcygroup@peco-energy.com | May 03 2024 23:56:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 14844047 | | Email/Text: fesbank@attorneygeneral.gov | May 03 2024 23:56:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14844051 | ^ | MEBN | May 03 2024 23:53:56 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14844048 | | EDI: PENNDEPTREV | May 04 2024 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14844048 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14843763 | | EDI: PENNDEPTREV | May 04 2024 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14843763 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 03 2024 23:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14844049 | ^ | MEBN | May 03 2024 23:54:02 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14844054 | + | Email/Text: bankruptcy@philapark.org | May 03 2024 23:56:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1540 |
| 14844059 | | EDI: SYNC | May 04 2024 03:52:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14844060 | + | EDI: SYNC | May 04 2024 03:52:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14844063 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 03 2024 23:56:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14844064 | ^ | MEBN | May 03 2024 23:53:52 | U.S. Department of Justice, 950 Pennsylvania Ave |

Case 23-13854-amc    Doc 34    Filed 05/05/24    Entered 05/06/24 00:30:22    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 03, 2024 | Form ID: 318 | Total Noticed: 54 |

| 14844065 | + EDI: VERIZONCOMB.COM | May 04 2024 03:52:00 | NW, Washington, DC 20530-0009<br>Verizon Communications Inc., Attn: Bankruptcy, 1095 Avenue of the Americas, New York, NY 10036-6704 |
|---|---|---|---|
| 14844068 | ^ MEBN | May 03 2024 23:53:35 | Westlake Portfolio Management, LLC, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14844058 | ## | Springfield Pasta Company, 186 Saxer Ave, Springfield, PA 19064-2335 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2024              Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 2, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOSHUA B. LADOV | on behalf of Creditor Philip E Harvey jladov@ladovlaw.com admin@ladovlaw.com |
| Linda Mitten | ra-li-beto-bankreading@state.pa.us |
| MICHAEL A. CIBIK | on behalf of Debtor Salvatore Virgi help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| REGINA COHEN | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. rcohen@lavin-law.com, mmalone@lavin-law.com |
| TERRY P. DERSHAW | 7trustee@gmail.com PA66@ecfcbis.com;7trustee@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Salvatore Virgi<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8953<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 23–13854–amc | |

## Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Salvatore Virgi
aka Torre Del Greco Pizza, LLC, aka Torre Del Greco, LLC, aka Pasta Prima, aka O Sole Mio Restaurant

5/2/24                                                   **By the court:** Ashely M. Chan
                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**